NUMBER 13-08-00444-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOHNNIE HEINAMAN, APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

 

_____________________________________________________________


On Appeal from the 197th District Court 


of Willacy County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Johnnie Heinaman, has filed a motion to dismiss his appeal in the
foregoing cause. The Court, having considered the documents on file and appellant's
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.



 PER CURIAM



Memorandum Opinion delivered 

and filed this the 26th day of August, 2008.